1024

[No. 1037-2.   Division Two.   April 15, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE
CLARENCE BARNETT *et al., Appellants.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 62581, John H. Kirkwood, Jr., J., en-
tered March 16, 1973. *Affirmed* by unpublished opinion per
Pearson, C.J., concurred in by Petrie and Armstrong, JJ.

[No. 635-3.   Division Three.   April 15, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN G.
ALMAREZ, *Appellant.*

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 3481, Richard G. Patrick, J., entered May
18, 1972. *Affirmed* by unpublished per curiam opinion.

[No. 1057-2.   Division Two.   April 16, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. GLEN HARRY
HARRISON INGRAM, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 42351, Bertil E. Johnson, J., entered March 26,
1973. *Affirmed* by unpublished opinion per Armstrong, J.,
concurred in by Pearson, C.J., and Petrie, J.

[No. 913-2.   Division Two.   April 16, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD C. MOSS,
*Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 42434, Robert A. Jacques, J., entered October
11, 1972. *Affirmed* by unpublished opinion per Armstrong,
J., concurred in by Pearson, C.J., and Petrie, J.